IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL KNOPE,

    Plaintiff,

v.

MATTHEW KENNY,

    Defendant.

ORDER

Case No. 17-cv-382-jdp

This case was closed after the court did not receive the $400 filing fee or an affidavit of indigency that was provided to plaintiff in an order entered on May 17, 2017 so that a determination could be made as to whether plaintiff qualified for indigent status in the event that plaintiff wished to proceed without prepayment of the filing fee. Now, plaintiff has submitted a document titled Affidavit of Indigency. From plaintiff's submission, I cannot determine whether plaintiff qualifies for indigent status. I will provide plaintiff with another opportunity to complete an affidavit of indigency. When completing the affidavit, plaintiff should take care to show how basic necessities are paid, and include plaintiff's actual gross monthly income from all sources for the last 12 months.

ORDER

IT IS ORDERED that plaintiff may have until August 22, 2017, in which to submit the enclosed affidavit of indigency and return it to the court. If plaintiff complies with this deadline, plaintiff's case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915. Otherwise, this case will remain closed.

Entered this 1st day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL KNOPE,

    Plaintiff,

v.

                                             ORDER

MATTHEW KENNY,

                                       Case No. 17-cv-382-wmc

    Defendant.

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**     **Personal Information**

1)     Are you employed?                                     ☐ Yes         ☐ No

2)     Are you married?                                         ☐ Yes         ☐ No
       If "Yes," is your spouse employed?       ☐ Yes         ☐ No

3)     Do you have any dependents that you are responsible for supporting?
       ☐ Yes        ☐ No
       If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Income** - If you are married, your answers *must include your spouse's income.*
(When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ _____

2) Provide the name and address of your employer(s):

 _____

3) State your spouse's total *monthly* wages or salary? $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                         Amount

_____        $ _____

_____        $ _____

**III.** **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

 ☐ Rent or    ☐ Mortgage                $ _____

 Car payment(s)                          $ _____

 Alimony or court-ordered child support  $ _____

 Credit card payment(s)                  $ _____

2) Do you have any other *monthly* expenses that you have not already listed?
   ☐ Yes    ☐ No

   If "Yes," list them below:

   Expense                                             Amount

   _____        $_____

   _____        $_____

   _____        $_____

3) What are your total *monthly* expenses?    $_____

**IV.**   **Property** - If you are married, your answers must ***include your spouse's property.***

1) Do you own a car?   ☐ Yes    ☐ No    If "Yes," list car(s) below:

   Make and Model                                Year        Approximate Current Value

   _____  _____  $_____

   _____  _____  $_____

2) Do you own your home(s)?   ☐ Yes    ☐ No

   If "Yes," state the approximate value(s).    $_____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?    $_____

3) Do you have any cash or checking, savings, or other similar accounts?
   ☐ Yes    ☐ No

   If "Yes," state the total of such sums.    $_____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

□ Yes      □ No

If "Yes," describe the property and the approximate value(s).

_____

**V.   Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                                  **Signature - Signed Under Penalty of Perjury**